IN THE UNITED STATE DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA KENETTE BROWN,

    Plaintiff,    Case No: 1:22-cv-1240
                        HON. HALA Y. JARBOU

-vs-

CITY OF ALBION, et al

    Defendants.
_____

## DEFENDANTS' MOTION TO STAY DISCOVERY

The Defendants move for an order staying discovery pending resolution of the pending Motion to Dismiss. This motion is based on the Brief in Support filed with this motion and the legal authorities and arguments in the Brief in Support.

                        Respectfully submitted,

DATED: April 10, 2023        PLUNKETT COONEY

                        BY:  /s/Michael S. Bogren
                              Michael S. Bogren (P34835)
                              Attorney for Defendants
                        BUSINESS ADDRESS:
                        333 Bridge Street, NW., Suite 530
                        Grand Rapids, Michigan  49504
                        **Direct Dial:  269/226-8822**
                        mbogren@plunkettcooney.com

Open.00560.30156.30875985-1