UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA KENETTE BROWN,

       Plaintiff,

v.

ALBION, CITY OF, et al.,

       Defendants.
_____/

Case No. 1:22–cv–1240

Hon. Hala Y. Jarbou

## ORDER

The Court having reviewed Defendants' Motion to Stay Discovery (ECF No. 34), **IT IS ORDERED** that Defendants' motion (ECF No. 34) is **DENIED**.

IT IS SO ORDERED.

Dated: April 25, 2023

       /s/ Hala Y. Jarbou
       HALA Y. JARBOU
       Chief United States District Judge