| | |
|---|---|
| **TO:** | ALBION CITY COUNCIL |
| **FROM:** | SONYA K. BROWN |
| **SUBJECT:** | 3/16/2020 MEETING AGENDA ITEM N—APPROVAL FOR SPECIAL PROSECUTOR TO CHARGE SONYA BROWN FOR ALLEGED CHARTER VIOLATION |
| **DATE:** | 3/16/2020 |
| **CC:** | DARWIN MCCLARY, CULLEN HARKNESS |

It is my understanding that council is being asked to consider approving the hiring of a special prosecutor in order to prosecute me for an alleged charter violation. However, the council is aware of several other potential and alleged charter and code of ethics ordinance violations by current, sitting council members. Thus, the consideration of this action for me, and me only, is extremely discriminatory.

Council member Shane Williamson admitted to sharing closed session information with his mother-in-law, Amy Reimann, on the night of January 22, 2019. I have provided each of you with the email leading up to the admission. The majority of current council members heard and are aware of that admission. Disclosing closed-session information is a violation of state law, the Albion Charter, and Council Code of Ethics.

Mayor Dave Atchison has potentially violated the charter and code of ethics on numerous occasions. I have provided each of you with a list to review and consider. These include, but are not limited to:

- The appointment of several individuals to serve on Albion boards and commissions, while failing to disclose their financial contributions to his mayoral campaign. (Violation Albion Charter Sec. 5.6(k) & of COE Chapter 1, Sec. 1E)

- Mayor Atchison repeatedly met with city staff in the cemetery outside of the consent or knowledge of the city manager Rufus, and outside of obtaining a union complaint. (Violation Albion Charter Sec. 5.8 (a) & COE Chapter 1, Sec.1I)

I am asking Council to either:

a) Make a motion to table the item indefinitely, or
b) Amend the motion to include Councilmember Shane Williamson & Mayor Dave Atchison for consideration of prosecution, as well

Respectfully submitted,

Sonya K. Brown