UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA KENETTE BROWN,

    Plaintiff,

v.

CITY OF ALBION, et al.,

    Defendants.
_____/

Case No. 1:22-cv-1240

Hon. Hala Y. Jarbou

## ORDER TO RESPOND

On December 14, 2023, Plaintiffs filed a Motion for Reconsideration and to Alter or Amend Judgment (ECF No. 54).

Accordingly,

**IT IS ORDERED** that the Defendants shall file a response to the motion by **January 8, 2024**.


Dated: December 18, 2023

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE