UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA KENETTE BROWN,

    Plaintiff,

v.

    Case No. 1:22-cv-1240

    Hon. Hala Y. Jarbou

CITY OF ALBION, et al.,

    Defendants.
_____/

### ORDER

In accordance with the opinion entered this date:

**IT IS ORDERED** that Plaintiff's motion for reconsideration (ECF No. 54) is **DENIED**.

**IT IS FURTHER ORDERED** that Defendants' motion for summary judgment (ECF No. 66) is **GRANTED**.

**IT IS FURTHER ORDERED** that Count III of the complaint is **DISMISSED**.

Dated: May 15, 2024        /s/ Hala Y. Jarbou
                                      HALA Y. JARBOU
                                      CHIEF UNITED STATES DISTRICT JUDGE