UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

SONYA KENETTE BROWN,

    Plaintiff,

v.

CITY OF ALBION, et al.,

    Defendants.

_____/

Case No. 1:22-cv-1240

Hon. Hala Y. Jarbou

## JUDGMENT

In accordance with the opinion and order entered this date:

**IT IS ORDERED** that the case is **DISMISSED**.

Dated: May 15, 2024

/s/ Hala Y. Jarbou
HALA Y. JARBOU
CHIEF UNITED STATES DISTRICT JUDGE